```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

In re: Gary Alan Bedard
    a/k/a gary-alan: Bedard         Case No. 15-mc-27-JD


### REPORT AND RECOMMENDATION

    Gary Alan Bedard has filed a document (doc. no. 1) in this court seeking "Alien Declarant Court Action." The document is difficult to understand, at best. Construing the document liberally, as Bedard is proceeding pro se, see Erickson v. Pardus, 551 U.S. 89, 94 (2007), Bedard's filing appears to seek this court's administration to Bedard of an "Alien Declarant Repatriation - Oath of Allegiance," the text of which is attached to Bedard's filing.

    The gist of Bedard's request, it seems, is that the United States of America and the State of New Hampshire are not sovereign states. Bedard feels that by virtue of the issuance of his birth certificate, which renders him a citizen of the "'Lesser' United States of America," and that he wishes renounce that citizenship and to be repatriated as a "Republic Free Citizen of the great states of America, per the New-Hampshire

Constitutional 'Republic.'"

Bedard has not asserted any basis in law upon which this court may authorize him either to renounce his citizenship, or to repatriate to any other sovereign, by oath.  Accordingly, Bedard has failed to state any right to relief, and the district judge should deny Bedard's request for relief and dismiss this action.

Bedard has filed a motion (doc. no. 2) seeking to proceed in forma pauperis in this matter, pursuant to 28 U.S.C. § 1915(a).  Because Bedard has failed to state any colorable claim for relief in this matter, the motion for in forma pauperis status should be denied.

### Conclusion

For the foregoing reasons, the court recommends that this matter be dismissed in its entirety, and the motion (doc. no. 2) for in forma pauperis status should be denied.  Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  Failure to file objections within the specified time waives the right to appeal the district court's order.  See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011); Sch. Union

No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010).

                                                                             /s/ Andrea K. Johnstone
                                                                             Andrea K. Johnstone
                                                                             United States Magistrate Judge

May 21, 2015

cc: Gary Alan Bedard, pro se